THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Leonard Daigle, Appellant,
 
 
 

v.

 
 
 
 South Carolina Department
 of Probation, Parole and Pardon Services, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Deborah Brooks Durden, Administrative Law
Court Judge

Unpublished Opinion No.  2012-UP-333  
Submitted May 1, 2012 – Filed May 30, 2012

AFFIRMED

 
 
 
 Leonard Daigle, pro se.
 Tommy Evans, Jr., of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Leonard
 Daigle appeals the Administrative Law Court's (ALC) order dismissing his appeal
 of the Department of Probation, Parole and Pardon Services's (the Department) decision
 denying him parole.  He argues the ALC erred in (1) dismissing his appeal and
 (2) denying his motion to compel additional evidence for the record.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1.   As to whether the ALC
 erred in dismissing Daigle's appeal:  S.C. Code Ann. § 1-23-600(D) (Supp. 2011) (providing that the ALC shall not hear an appeal involving the denial of
 parole to a potentially eligible inmate by the Department); Compton v. S.C.
 Dep't of Prob., Parole & Pardon Servs., 385 S.C. 476, 479, 685 S.E.2d
 175, 177 (2009) (holding that an order denying parole and stating consideration
 of all statutory and Department criteria is sufficient to avoid deeming an
 inmate effectively ineligible for parole).
2. As to whether the ALC
 erred in denying Daigle's motion to compel additional evidence for the record: 
 S.C. Code Ann § 1-23-610(B) (Supp. 2011) (explaining that an appellate court
 may only reverse a decision of the ALC if the substantive rights of the
 appellant have been prejudiced).
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.